

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-23-00373-CV
_____

BILLY WAYNE WASS, Appellant

V.

TARA LEE MCFADDEN-WASS, Appellee

On Appeal from the 271st District Court
Wise County, Texas
Trial Court No. CV23-07-483

Before Wallach, J.; Sudderth, C.J.; and Walker, J.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

We have considered appellant's "Motion to Dismiss Appeal." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Per Curiam

Delivered:  December 7, 2023